# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., a California Corporation;<br><br>Plaintiff,<br><br>v.<br><br>CONNECTED VENTURES, LLC, individually and doing business as "Electus Digital"; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:17-cv-09000-R (PJWx)<br>*Hon. Manuel L. Real Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Action is dismissed *with prejudice* pursuant to FED. R. CIV.P. §41(a)(1)(A)(ii), and
2. All parties will bear their own expenses, costs, and attorney's fees incurred against one another in this action.

IT IS SO ORDERED.

Date: August 28, 2018   By: _____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE